ANNETTE KIRKHAM (STATE BAR NO. 217958)
WHITNEY HUSTON (STATE BAR NO. 234863)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

*E-FILED 12/12/06*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| AMANDA ASHTON, et al., | Case No. C-06-03160 RS |
| Plaintiffs, | NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER |
| v. | |
| CENTRAL PARK APARTMENTS, et al., | |
| Defendants. | |

The parties have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, subject to the terms of the settlement agreement executed by the parties.

So stipulated.

Date: 12/12/06

FAIR HOUSING LAW PROJECT

Annette Kirkham

Date: 12/12/06

PAHL & GOSSELIN

Servando Sandoval

Ashton, et al. v. Central Park Apartments, et al.
C06-03160 RS
Notice of Settlement and Stipulation of Dismissal

## [PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety subject to the terms of the settlement agreement executed by the parties.

Dated: __12/12__, 2006

_____
HONORABLE RICHARD SEEBORG
MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT

Ashton, et al. v. Central Park Apartments, et al.
C06-03160 RS
Notice of Settlement and Stipulation of Dismissal